THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-CV-00015-D

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2005-3, <br><br> Plaintiff, <br><br> v. <br><br> IBRAHIM N. OUDEH, TERESA SLOAN-OUDEH, PIEDMONT NATURAL GAS COMPANY, INC., UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, and SUBSTITUTE TRUSTEE SERVICES, INC., Substitute Trustee, <br><br> Defendants. | **ORDER GRANTING ENTRY OF DEFAULT AGAINST DEFENDANTS PIEDMONT NATURAL GAS COMPANY, INC. AND SUBSTITUTE TRUSTEE SERVICES, INC.** |

THIS CAUSE, being heard before the undersigned, upon Plaintiff's Motion for Entry of Default against Defendants, Piedmont Natural Gas Company, Inc. and Substitute Trustee Services, Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure;

AND IT APPEARING TO THE COURT and the Court finding that Defendants, Piedmont Natural Gas Company, Inc. and Substitute Trustee Services, Inc., have been properly served with Summons and Complaint in this matter;

AND IT FURTHER APPEARING TO THE COURT and the Court finding that Defendants, Piedmont Natural Gas Company, Inc. and Substitute Trustee Services, Inc., have failed to answer, respond, or otherwise plead within the time allowed;

NOW, THEREFORE, IT IS HEREBY ORDERED, that default is hereby entered against Defendants, Piedmont Natural Gas Company, Inc. and Substitute Trustee Services, Inc.

SO ORDERED this the   2   day of   February  , 2021.

_____
CLERK OF COURT