THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:20-CV-00015-D

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for Citigroup Mortgage Loan Trust, Inc., Mortgage Pass-Through Certificates, Series 2005-3, | ) ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| IBRAHIM N. OUDEH, TERESA SLOAN-OUDEH, PIEDMONT NATURAL GAS COMPANY, INC., UNITED STATES OF AMERICA, STATE OF NORTH CAROLINA, and SUBSTITUTE TRUSTEE SERVICES, INC., Substitute Trustee, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

THIS MATTER is before the Court on Plaintiff's Consent Motion to Remand to the Superior Court Division of Harnett County, North Carolina.

For the reasons stated in Plaintiff's Consent Motion to Remand, and for cause shown, Plaintiff's Consent Motion to Remand should be granted.

IT IS THEREFORE, ORDERED that the Plaintiff's Consent Motion to Remand is GRANTED and this civil action is hereby REMANDED to the Superior Court of Harnett County, North Carolina.

SO ORDERED this the **20** day of July, 2021.

James C. Dever III
United States District Judge